UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MARTA HANYZKIEWICZ, on behalf of
herself and all others similarly situated

                                            Civil Action No:
                                            1:22-cv-7271

                         Plaintiff,

-v.-
IPIC THEATERS, LLC

                         Defendants.
----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: March 29, 2023                                          Respectfully Submitted,

                                                                    /s/Mark Rozenberg
                                                                    Mark Rozenberg, Esq.
**So Ordered.**                                            **Stein Saks, PLLC**
s/Nicholas G. Garaufis                            One University Plaza
**Hon. Nicholas G. Garaufis**                   Hackensack, NJ 07601
**Date:** 3/30/23                                         mrozenberg@steinsakslegal.com
                                                                    Tel. 201-282-6500
                                                                    Fax 201-282-6501
                                                                    *Attorneys for Plaintiff*